IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY HUGHLEY,<br><br>                Petitioner,<br>      v.<br><br>MARTY C. ANDERSON, Warden, United<br>States Medical Center for<br>Federal Prisoners,<br>                Respondent. | Civil Action<br>No. 09-3064-CV-S-RED-H |

## ORDER AND JUDGMENT

Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, the petition herein for a writ of habeas corpus was referred to the United States Magistrate for preliminary review under the provisions of 28 U.S.C. § 636(b).

A review of the record indicates that petitioner was released from custody on September 11, 2009. Accordingly, the challenge in the instant case is moot, and there are no remaining issues or controversies in this case.

Based on the foregoing, it is hereby

ORDERED that petitioner should be, and he is hereby, denied leave to proceed in forma pauperis. It is further

ADJUDGED that the petition herein for a writ of habeas corpus should be, and it is hereby,

dismissed without prejudice.

    /s/ Richard E. Dorr
RICHARD E. DORR
United States District Judge

Date: 10/15/09